# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYSTEMATIC CONSULTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA MERCHANT SERVICES, LLC and FISERV, INC., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF BRAM A. MARAVENT** |

Bram A. Maravent, hereby declare under penalty of perjury as follows:

1. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the matters set forth herein. If called upon to do so, I could and would testify competently as to those matters. I am authorized to submit this Declaration.

2. I am currently employed as Managing Counsel at Fiserv, Inc. ("Fiserv"), the parent corporation of First Data Merchant Services LLC. In that capacity, I am responsible for the review, management, and investigation of disputes and litigation.

3. Fiserv is a Wisconsin corporation with its principal place of business in Wisconsin.

4. First Data Merchant Services LLC is a Florida limited liability company and its sole member is First Data Corporation ("First Data").

5. First Data is a Delaware Corporation with its principal place of business in Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2024

_____
Bram A. Maravent

95945937.1